# CREDITORS LIST

**Creditor**

The Bank of New York Mellon
240 Greenwich Street
New York, NY 10286

**Claimed Debt**

Unspecified

**FILED**

SEP 1 2 2024

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA